**ORDERED ACCORDINGLY.**

Dated: July 20, 2010

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

Charles M. Sabo 006200
Charles M. Sabo, P.C.
4700 S. Mill Avenue, Ste. 7
Tempe, Arizona 85282
Telephone: (480) 820-5931
Fax: (480) 820-8099
e-mail: charlessabopc@earthlink.net
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT, DISTRICT OF ARIZONA

In re: ) No. 2:10-bk-17444-GBN
)
RANDALL N. SMITH, ) Chapter 7 Proceeding
)
) ORDER CONVERTING CASE
) TO CHAPTER 13
)
Debtor(s). )

Pursuant to motion of debtor,

IT IS HEREBY ORDERED that the above-captioned case is converted from Chapter 7 to Chapter 13.

DATED: _____

_____
JUDGE OF THE U.S. BANKRUPTCY COURT